**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick E Welch, | No. CV-19-00049-TUC-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Jacqueline M. Rateau. (Doc 32.) Magistrate Judge Rateau recommends denying Petitioner's § 2254 Amended Petition for Writ of Habeas Corpus as time barred. (*Id.*) Magistrate Judge Rateau also recommends that the Court deny a certificate of appealability.

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. Upon review of the record, the Court will adopt Magistrate Judge Rateau's recommendations.

//
//
//
//
//
//

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 32) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Welch's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AND DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

The Clerk of the Court shall enter judgment accordingly and close its file in this matter.

Dated this 11th day of August, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge